AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF PUERTO RICO

HAWK TECHNOLOGY SYSTEMS, LLC )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 16-CV-2214(GAG)
SHERATON PUERTO RICO MANAGEMENT LLC )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SHERATON PUERTO RICO MANAGEMENT LLC
REGISTERED AGENT: CT CORPORATION SYSTEM
361 SAN FRANCISCO STREET 4TH FLOOR
OLD SAN JUAN
SAN JUAN PUERTO RICO 00901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   RAUL GONZALEZ-TORO, ESQ.
PO BOX 270343
SAN JUAN PR 00928-3343

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frances Rios De Moran, Esq.
*CLERK OF COURT*

S/ANTONIO RODRIGUEZ
Deputy Clerk

Date:   06/29/2016

*Signature of Clerk or Deputy Clerk*